# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dominic D. LaPorta,<br><br>                     Plaintiff,<br><br>v.<br><br>3M Company, et al.,<br><br>                     Defendants. | Case No: 11-01387 (PAM/JSM)<br><br>**ORDER FOR EXTENSION OF**<br>**ORDER OF DISMISSAL** |

The March 5, 2012 Order of Dismissal [Doc. No. 14] is modified in the following respect:

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retains jurisdiction for an additional SIXTY (60) days from the date below to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

BY THE COURT:

Dated:   May 3   , 2012          s/Paul A. Magnuson
                                 Paul A. Magnuson, Judge
                                 United States District Court